DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN M. SELZ,**
Appellant,

v.

**LAUREN MCKAGEN** and **STEPHEN HURSEY,**
Appellees.

No. 4D2023-0099

[March 6, 2024]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 502018CA015252XXXXMBAJ.

Steven M. Selz of Selz & Muvdi Selz, P.A., Jupiter, for appellant.

Sherry L. Cooper, Hobe Sound, and Jack S. Cox of Jack S. Cox, P.A., Hobe Sound, for appellees.

### *ON POST-OPINION MOTIONS*

PER CURIAM.

We deny all post-opinion motions with the exception of the motion to certify conflict. We grant the motion to certify conflict and certify conflict with *Deaterly v. Jacobson,* 313 So. 3d 798 (Fla. 2d DCA 2021); *Wiendl v. Wiendl,* 371 So. 3d 964 (Fla. 2d DCA 2023); *Estate of Despain v. Avante Group, Inc.,* 900 So. 2d 637 (Fla. 5th DCA 2005); *Werner Enterprises, Inc. v. Mendez,* 362 So. 3d 278 (Fla. 5th DCA 2023); and *Cook v. Florida Peninsula Insurance Co.,* 371 So. 3d 958 (Fla. 5th DCA 2023).

WARNER, GROSS and CONNER, JJ., concur.

\*          \*          \*